UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Cause No. 1:02-cr-0167 LJM-KPF |
| CORY TERRELL, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Cory Terrell's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of seven months in the custody of the Attorney General. It is recommended that the defendant be designated to a federal medical center, preferably the Federal Medical Center in Lexington, Kentucky. Upon Mr. Terrell's release from confinement, he will not be subject to supervised release.

IT IS SO ORDERED this 04/10/12.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Barry Glickman,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Dorie Maryan,
135 North Pennsylvania Street, #1175
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal